1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11   LAWRENCE POWELL,                   )   Case No. EDCV 14-01938-JVS (DTB)
                                        )
12                    Petitioner,       )
           vs.                          )   ORDER ACCEPTING FINDINGS,
13                                       )   CONCLUSIONS AND
     ISSAC FULWOOD, Warden,              )   RECOMMENDATIONS OF UNITED
14                                       )   STATES MAGISTRATE JUDGE
                      Respondent.        )
15                                       )
                                        )
16   _____)

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

18   and files herein, and the Report and Recommendation of the United States Magistrate

19   Judge.  No objections to the Report and Recommendation have been filed herein.  The

20   Court concurs with and accepts the findings, conclusions and recommendations of the

21   Magistrate Judge.

22          IT THEREFORE IS ORDERED that Judgment be entered denying the Petition

23   and dismissing this action with prejudice.

24

25   Dated: November 18, 2015
                                            _____
26                                          JAMES V. SELNA
                                            UNITED STATES DISTRICT JUDGE
27

28

1