JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE POWELL, <br>              Petitioner, <br>    vs. <br> ISSAC FULWOOD, Warden, <br>             Respondent. | Case No. EDCV 14-01938-JVS (DTB) <br><br> **J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: November 18, 2015

                                                                       _____ <br>
                                                                      JAMES V. SELNA <br>
                                                                       UNITED STATES DISTRICT JUDGE